**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI BERNIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOGE, FENTON, JONES &<br>APPEL, Inc., et al.,<br>　　　　Defendant(s).<br>_____/ | No. C 05-1093  WDB<br><br>ORDER VACATING JULY 14, 2005,<br>CASE MANAGEMENT<br>CONFERENCE<br>AND<br>RESPONDING TO PARTIES'<br>REQUEST TO RETAIN<br>JURISDICTION OVER<br>ENFORCEMENT OF THE<br>SETTLEMENT AGREEMENT |

　　　　The Court has been advised that the parties have successfully resolved this case. I commend the parties and their attorneys for their efforts in this regard. The Case Management Conference scheduled for July 14, 2005, is hereby VACATED.

　　　　The parties request that the Court retain jurisdiction to enforce their settlement agreement. To enable the undersigned to effectuate their request, the parties are hereby ORDERED to jointly submit a proposed Order of Dismissal **by July 20, 2005,** that (i) attaches the parties' settlement agreement; (ii) includes language sufficient to incorporate the parties' settlement agreement into the proposed Order of Dismissal; (iii) includes language sufficient for the retention of jurisdiction by this Court; and (iv) includes language that requires the parties' compliance with the settlement contract. *See*, *e.g.*, Morton Denlow, Federal Jurisdiction In The Enforcement Of Settlement Agreements: *Kokkonen* Revisited, 2003 Fed Cts. L. Rev. 2.

1

1 | The parties may request that the Court file the (proposed) Order of Dismissal under
2 | seal, in which case they should submit the proposed Order manually, rather than through the
3 | Court's electronic filing system.
4 |     IT IS SO ORDERED.
5 | Dated:   July 5, 2005      /s/ Wayne D. Brazil
    WAYNE D. BRAZIL
6 |     United States Magistrate Judge
7 | Copies to:
Parties, WDB.